# Court of Appeals
# of the State of Georgia

ATLANTA, __May 01, 2012____

*The Court of Appeals hereby passes the following order:*

**A12I0205, A12I0206.  TARGET CORPORATION v. KENNON AMERSON, et al.**

Target Corporation brought a quiet title action against Kennon Amerson and South Georgia Coast Builders, LLC.  Amerson and South Coast, in turn, sued Target to set aside a warranty deed on the property in question.  The trial court denied Target's motion for summary judgment in the action to set aside the deed, and it stayed the quiet title action.  Target filed applications for interlocutory appeal of both rulings in this Court.

Under Ga. Const. 1983, Art. VI, Sec. VI, Par. III, the Supreme Court has original appellate jurisdiction over cases involving title to land.  Because these applications involve title to land, jurisdiction over them appears to lie in the Supreme Court.  See *Tharp v. Harpagon Co*., 278 Ga. 654, 655 (1) (604 SE2d 156) (2004).  Accordingly, these applications are hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __05/01/2012____
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*